EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2026 TSPR 50 |
|---|---|
| Designación de Miembro de la Comisión de Reputación para el Ejercicio de la Abogacía | 218 DPR ___ |

Número del Caso:  EN-2026-0001

Fecha:  12 de mayo de 2026

Materia: Designación de Miembro de la Comisión de Reputación para el Ejercicio de la Abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| *In re:*<br><br>Designación de Miembro de la Comisión de Reputación para el Ejercicio de la Abogacía | EN-2026-01 | |

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 12 de mayo de 2026.

De conformidad con la Regla 1, inciso (a) (1) y (2) del Reglamento de la Comisión de Reputación para el Ejercicio de la Abogacía (Reglamento), 4 LPRA Ap. XVII-C, según emendada en *In re R.1 y Miem. Com. Rep. Ejer. Abo.*, 200 DPR 827 (2018), se designa a la Lcda. Wanda I. Casiano Sosa como Miembro Asociada de la Comisión tras el lamentable fallecimiento de la Lcda. Joselyn López Vilanova.

La licenciada Casiano Sosa ocupará el cargo inmediatamente y por el resto del término para el cual fue nombrada la licenciada López Vilanova.

El Tribunal reconoce a la licenciada López Villanueva por su trayectoria profesional ejemplar, marcada por su integridad, compromiso con la profesión jurídica y profundo sentido de responsabilidad pública. Su desempeño como jurista reflejó siempre los más altos valores de la abogacía y dejó una huella significativa tanto en la comunidad jurídica como en los trabajos de la Comisión. Su legado de servicio y excelencia merece el más sincero reconocimiento y gratitud institucional.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez y el Juez Asociado señor Colón Pérez no intervinieron.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo